IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| CARPENTERS DISTRICT COUNCIL OF ) | |
| KANSAS CITY PENSION FUND, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No: 16-707-CV-W-RK |
| ) | |
| ARTISAN II, LLC, d/b/a Artisan Construction Services, ) | |
| ) | |
| Defendant. ) | |

## SECOND STATUS REPORT

COMES NOW Defendant, Artisan II, LLC, d/b/a Artisan Construction Services, by and through its attorney of record, and in response to the Court's Order dated September 23, 2016, hereby provides the Court with the following status report.

Following the filing of this suit, Plaintiffs requested, scheduled, and conducted an audit of Defendant's payroll and contribution records, the result of which was only recently provided to the parties. The parties are now in the process of attempting to resolve certain objections/issues related to that audit report. Should said issues be able to be resolved by the parties, this suit may then be moot. Accordingly, Defendant requests that the parties be given an additional sixty (60) days to attempt to complete settlement in this matter before any further pleadings (including the Answer) are required to be prepared and filed by the parties.

Counsel for Plaintiffs is aware of this filing and request, and is in agreement thereto.

Respectfully submitted,

**LAW OFFICES OF RICK E. TEMPLE, LLC**


By: /s/ Rick E. Temple
      Rick E. Temple
      Missouri Bar No. 33257

1358 E. Kingsley St., Ste. D
Springfield, MO 65804

Telephone: (417) 877-8988
Facsimile: (417) 877-8989

Attorney for Defendant

DATED: This 15th day of November, 2016.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Second Status Report** was served on the following individuals, to wit:

> Michael G. Newbold, Esq.
> John J. Westerhaus, Esq.
> Arnold, Newbold, Winter & Jackson, P.C.
> 1100 Main St., Ste. 2001
> Kansas City, MO  64105

by electronic notice on this 15th day of November, 2016.

/s/ Rick E. Temple
Rick E. Temple